UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE EUNAE PARK; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOKYO ELECTRIC POWER COMPANY, INC.; et al.,<br><br>Defendants. | Case No.: 18-CV-2121 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL**<br><br>(ECF No. 14) |

Presently before the Court is the Parties' Joint Motion for Voluntary Dismissal (ECF No. 14). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITHOUT PREJUDICE,** with each Party to bear their own costs and attorney's fees. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge